UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE K. BURMEISTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-00133-VC<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Docket No. 22 |

　　　The Joint Case Management Statement is approved. The deadline for filing dispositive motions is June 16, 2014. Any discovery issues can be resolved in the context of a motion for summary judgment.

　　**IT IS SO ORDERED.**

Dated: May 8, 2014

_____
VINCE CHHABRIA
United States District Judge