Bruce H. Jackson (State Bar No. 98118)
 bruce.jackson@bakermckenzie.com
Edward D. Burmeister (State Bar No. 56655)
 edward.burmeister@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Plaintiff
JEANNETTE K. BURMEISTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNETTE K. BURMEISTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, AND ITS COMPONENT, THE NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendants. | **Case No. 14-CV-00133-VC**<br><br>**Date Complaint Filed: January 9, 2014**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' BRIEFING SCHEDULE OF CROSS MOTIONS FOR SUMMARY JUDGMENT_AS MODIFIED**<br><br>**Hearing Date for Summary Judgment**<br>**Motion:** August 28, 2014<br>**Time:** 10:00 a.m.<br>**Courtroom:** 4 - 17th Floor<br><br>**Before the Honorable Vince Chhabria** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

**CASE NO. 14-CV-00133-VC**
STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT
6712692-v2\SFODMS

## STIPULATION

Pursuant to Civil L.R. 6-1 and § 17 of the Standing Order for Civil Cases Before Judge Vince Chhabria, Plaintiff Jeannette K. Burmeister ("Plaintiff") and Defendants the United States Department of Health and Human Services, and its component, The National Institutes of Health, (the "Federal Defendants") (collectively "the Parties"), by and through their respective counsel, have conferred and submit this Stipulation regarding the following briefing schedule for the cross-motions for summary judgment:

WHEREAS, on **June 16, 2014**, the Federal Defendants filed with the Court their opening brief in support of their Motion for Summary Judgment;

WHEREAS, Plaintiff will oppose that motion and intends to file her own Cross-Motion for Summary Judgment;

WHEREAS, the Parties have conferred on a hearing date for both motions and a briefing schedule consistent with § 17 of the Standing Order for Civil Cases Before Judge Vince Chhabria;

WHEREAS, Plaintiff will file her opening/opposition brief in support of her Cross-Motion for Summary Judgment, and in response to the Federal Defendants' opening brief in support of their Motion for Summary Judgment on or before **July 10, 2014**;

WHEREAS, the Federal Defendants will file their opposition/reply brief in response to Plaintiff's Cross-Motion for Summary Judgment, and in support of their own Motion for Summary Judgment on or before **July 31, 2014**;

WHEREAS, Plaintiff will file her reply brief in support of her Cross-Motion for Summary Judgment on or before **August 14, 2014;**

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

1

**CASE NO. 14-CV-00133-VC**
**STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**
6712692-v2\SFODMS

1   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties as**

2   follows:

3   The hearing date on both motions will be **August 28, 2014** at 10:00 a.m. **in courtroom 10,**

4   **19th Floor, 450 Golden Gate Ave., San Francisco**;

5   Plaintiff's opening/opposition brief will be due on or before **July 10, 2014;**

6

7   The Federal Defendants' opposition/reply brief will be due on or before **July 31, 2014**; and

8   Plaintiff's reply brief will be due on or before **August 14, 2014**, as required by § 17 of the

9   Standing Order for Civil Cases Before Judge Vince Chhabria, no later than 14 days before

10  the hearing date.

11

12  **IT IS SO STIPULATED.**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

2

CASE NO. 14-CV-00133-VC
**STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**
6712692-v2\SFODMS

| | |
|---|---|
| Dated: **June 18, 2014** | **BAKER & McKENZIE LLP**<br>**Bruce H. Jackson**<br>**Edward D. Burmeister** |
| | By: /s/ Bruce H. Jackson<br>　　Bruce H. Jackson<br>　　Edward D. Burmeister<br>　　Attorneys for Plaintiff<br>　　JEANNETTE K. BURMEISTER |
| Dated: **June 18, 2014** | **MELINDA HAAG**<br>**United States Attorney** |
| | By: /s/ Abraham A. Simmons<br>　　Abraham A. Simmons<br>　　Attorneys for the Federal Defendants<br>　　United States Department of Health and<br>　　　Human Services, and<br>　　The National Institutes of Health |

## **ATTESTATION**

I, Bruce H. Jackson, attest that I am one of the attorneys for Plaintiff Jeannette K. Burmeister. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: **June 18, 2014**　　　　　　　/s/ Bruce H. Jackson
　　　　　　　　　　　　　　　　　　Bruce H. Jackson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

3

**CASE NO. 14-CV-00133-VC**
**STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**
6712692-v2\SFODMS

**Jeannette K. Burmeister v. United States Department Of Health And Human Services, And Its Component, The National Institutes Of Health**

**United States District Court for the Northern District of California-San Francisco Division**

**Case No. Case No. 14-CV-00133-VC**

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

The briefing schedule for the Parties' Cross-Motions for Summary Judgment is as follows:

The hearing date on both motions will be **August 28, 2014** at 10:00 a.m. **in courtroom 10, 19th Floor, 450 Golden Gate Ave., San Francisco;**

Plaintiff Jeannette Burmeister's opening/opposition brief is due on or before **July 10, 2014**;

The Federal Defendants' opposition/reply brief is due on or before **July 31, 2014**; and

Plaintiff Burmeister's reply brief is due on or before **August 14, 2014.**

**IT IS SO ORDERED**.

Dated: June 23, 2014

The Honorable Vince Chhabria
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

1

6712692-v2\SFODMS

**CASE NO. 14-CV-00133-VC**
**STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**