**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** November 6, 2014 | **Time:** 14 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 14-cv-00133-VC | **Case Name:** Burmeister v. United States Department of Health and Human Services | |

**Attorney for Plaintiff:** Edward Burmeister
**Attorney for Defendant:** No appearance

**Deputy Clerk:** Kristen Melen          **Reporter:** James Pence

**PROCEEDINGS:**

Motion for Attorney Fees hearing held.

**ORDER TO BE PREPARED BY:**

[ ]     Plaintiff          [ ]     Defendant          [ X ]     Court

**Notes:** The Court called the case at 10:18 a.m. and called Mr. Simmons's office at that time. Mr. Simmons called the Court at 11:04 a.m.