UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE K. BURMEISTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | 14-cv-00133-VC<br><br>**JUDGMENT** |

The Court, having granted the plaintiff's motion for summary judgment, now enters judgment in favor of the plaintiff and against the defendants. The defendants are ordered to pay the plaintiff $139,147.00 in attorneys' fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
VINCE CHHABRIA
United States District Judge